UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

DUSHAWN WRIGHT,                                          CIVIL NO. 07-1910 (PAM/JSM)

     Petitioner,

v.                                                                                                  ORDER

LYNN DINGLE, Warden,

     Respondent.


The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated October 23, 2007. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED:

1. Petitioner's request to voluntarily dismiss his habeas corpus petition, (Docket No. 8), is granted; and

2. This action is **DISMISSED WITHOUT PREJUDICE**.


Dated: November 20, 2007

s/ Paul A. Magnuson
PAUL A. MAGNUSON
United States District Judge